IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00161-CV

 

Bradford A. Phillips, 

Clifton Phillips, 

Ryan T. Phillips and

F. Terry Shumate,

                                                                                    Appellants

 v.

 

United Heritage Corporation,

a Utah Corporation,

                                                                                    Appellee

 

 

 



From the 249th District Court

Johnson County, Texas

Trial Court No. C200500312

 



ORDER OF RECUSAL










 

            I
hereby recuse  myself from further participation in this case.

 

 

                                                                        _______________________________

                                                                        REX D. DAVIS

                                                                        Justice

 

                                                                        Date:
__________________________






size: 12pt">      Raymond Chopane, Jr., appeals his conviction by the trial court, following his plea of no
contest, of the offense of forgery. His plea was unaccompanied by any plea bargain. The trial
court assessed his punishment at six months in a state jail facility. Chopane’s appellate counsel
has filed an Anders brief. See Anders v. California, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400,
18 L. Ed. 2d 493 (1967). Chopane was notified that he had the right to respond, but no response
has been filed. See Sowels v. State, 45 S.W.3d 690, 691 (Tex. App.—Waco 2001, no pet.). 
Counsel considers Chopane’s judicial confession, the trial court’s admonishments, the trial court’s
review of the presentence investigation, the punishment assessed, and the trial court’s pretrial
rulings. Counsel’s brief contains references to the record, applicable statutes, and cases and
discusses why counsel concludes that the record does not present an arguable issue. See Currie
v. State, 516 S.W.2d 684, 684 (Tex. Crim. App. 1974). We are satisfied that counsel has
diligently searched the record for any arguable issue. McCoy v. Court of Appeals of Wisconsin
Dist. 1, 486 U.S. 429, 442, 108 S. Ct. 1895, 1904, 100 L. Ed. 2d 440 (1988). We have
independently reviewed the record to search for any issues that might arguably support an appeal. 
Sowels, 45 S.W.3d at 691-92.
      Because we have determined that there are no issues that might arguably support an appeal,
we affirm the judgment.

                                                                   JOHN G. HILL
                                                                   Senior Justice

Before Chief Justice Davis,
      Justice Vance, and
      Senior Justice Hill (Sitting by Assignment)
Affirmed
Opinion delivered and filed March 19, 2003
Do not publish
[CR25]